McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05-MJ-00207 SMS |
| | ) | |
| Plaintiff, | ) | REQUEST BY THE UNITED STATES |
| | ) | FOR DISMISSAL OF COMPLAINT; |
| v. | ) | **ORDER** |
| | ) | |
| GIL FERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the United States, by and through its attorney of

record, McGregor W. Scott, United States Attorney, and Sherrill A.

Carvalho, Assistant United States Attorney, and request leave of

the court to dismiss, with prejudice, the complaint as to Gil

Fernandez in the interest of justice.

DATED: January 10, 2006            Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                              By    /s/  Sherrill A. Carvalho
                                   SHERRILL A. CARVALHO
                                   Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   1/10/2006             /s/ Sandra M. Snyder
                              SANDRA M. SNYDER
                              United States Magistrate Judge

1