1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,     )   CASE NO. 1:05-MJ-00207 SMS
                                 )
9               Plaintiff,       )   REQUEST BY THE UNITED STATES
                                 )   FOR RECALL OF WARRANT
10      v.                       )   and
                                 )   **ORDER**
11 GIL FERNANDEZ,                )
                                 )
12              Defendant.       )
                                 )
13

14      Comes now the United States, by and through its attorney of

15 record, McGregor W. Scott, United States Attorney, and Sherrill A.

16 Carvalho, Assistant United States Attorney, and request leave of

17 the court to recall the warrant issued as to Gil Fernandez in the

18 interest of justice.

19 DATED: January 10, 2006              Respectfully submitted,

20                                      McGREGOR W. SCOTT
                                        United States Attorney
21
                                  By    /s/  Sherrill A. Carvalho
22                                      SHERRILL A. CARVALHO
                                        Assistant U.S. Attorney
23


24
   IT IS SO ORDERED.
25
   Dated: 1/19/2006          /s/ Sandra M. Snyder
26                           SANDRA M. SNYDER
                             United States District Magistrate Judge
27

28

                                  1